```
           IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

**FIRST STATE BANK**
**OF NORTHWEST ARKANSAS**                                   **PLAINTIFF**

    **v.**               **Civil No. 09-5229**

**GASTON MELON**
**and SUSAN MELON**                                        **DEFENDANTS**

### ORDER

Now on this 16th day of September, 2010, this matter comes on for consideration.  The Court, having been advised that the parties have settled this matter, finds that this case should be dismissed with prejudice.

    **IT IS THEREFORE ORDERED THAT** Plaintiff's complaint is hereby dismissed with prejudice and this case is hereby dismissed with prejudice.

    **IT IS SO ORDERED.**

                                                 /s/ Jimm Larry Hendren
                                               **JIMM LARRY HENDREN**
                                               **UNITED STATES DISTRICT JUDGE**